**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**IN THE MATTER OF:**

JOSHUA ADAM KAPLAN,                                    Case No. 25-48523-tjt
                                                       Chapter 7
    Debtor.                        Judge Thomas J. Tucker

_____/

**CSC CAPITAL GROUP, LLC,**

    Plaintiff,                      Adv. Pro. No. 25-04237-tjt

 vs.

**JOSHUA ADAM KAPLAN,**

    Defendant.

_____/

## STIPULATION TO ADJOURN FINAL PRE-TRIAL CONFERENCE AND TRIAL

The Parties, through their respective counsel, hereby stipulate to entry of the attached proposed Order adjourning the Final Pre-Trial Conference and Trial in this adversary proceeding, and in support thereof state as follows:

1. The Court's current scheduling order provides that the Final Pre-Trial Conference in this matter is scheduled for June 22, 2026 at 9:00 a.m., and that the Trial is scheduled to begin on July 9, 2026 at 9:00 a.m.

2. Good cause exists for this adjournment, as Defendant's counsel will be traveling out of town on the currently scheduled dates and is therefore unavailable to proceed with the Trial as scheduled.

3. The Parties respectfully request that the Court adjourn the Final Pre-Trial Conference and Trial to dates in October 2026, at a time convenient to the Court. In selecting new dates, the Parties

wish to advise the Court that they are jointly available on October 7, 8, 9, 13, 14, 15, 27, 28, 29, and 30.

4. This stipulation is not made for the purpose of delay, but rather to accommodate the scheduling conflict of Defendant's counsel and to allow this matter to proceed in an orderly fashion.

5. A proposed Order consistent with this Stipulation is attached hereto.

WHEREFORE, the Parties respectfully request that this Court enter an Order adjourning the Final Pre-Trial Conference and Trial to dates in October 2026.

Approved for Entry:

| | |
|---|---|
| **KERR, RUSSELL AND WEBER, PLC** | **OSIPOV BIGELMAN, P.C.** |
| */s/ Jason W. Bank (with Consent)* | */s/ Jeffrey H. Bigelman* |
| Jason W. Bank (P54447) | JEFFREY H. BIGELMAN (P61755) |
| Attorneys for CSC Capital Group, LLC | Attorneys for Defendant |
| 500 Woodward Ave., Suite 2500 | 20700 Civic Center Dr., Ste. 420 |
| Detroit, MI 48226 | Southfield, MI 48076 |
| (313) 961-0200 | (248) 663-1800 |
| jbank@kerr-russell.com | jhb@osbig.com |
| Dated: April 28, 2026 | Dated: April 28, 2026 |

<strong>EXHIBIT A</strong>

<strong>UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF MICHIGAN<br>SOUTHERN DIVISION</strong>

**IN THE MATTER OF:**

JOSHUA ADAM KAPLAN,       Case No. 25-48523-tjt  
     Chapter 7  
     Debtor.      Judge Thomas J. Tucker

_____/

**CSC CAPITAL GROUP, LLC,**

    Plaintiff,      Adv. Pro. No. 25-04237-tjt

 vs.

**JOSHUA ADAM KAPLAN,**

    Defendant.

_____/

<strong><u>ORDER ADJOURNING FINAL PRE-TRIAL CONFERENCE AND TRIAL</u></strong>

This matter having come before the Court upon the Stipulation of the Parties to adjourn the Final Pre-Trial Conference and Trial; the Court having reviewed the Stipulation and being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that:

1.  The Final Pre-Trial Conference previously scheduled for June 22, 2026 at 9:00 a.m. is hereby adjourned to **October _____, 2026 at _____ a.m./p.m.**

2.  The Trial previously scheduled to begin on July 9, 2026 at 9:00 a.m. is hereby adjourned to **October _____, 2026 at _____ a.m./p.m.**

3.      All other terms and conditions of the Court's existing scheduling order shall remain in full force and effect except as modified herein.